## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JIANGSU ZHONGJI LAMINATION MATERIALS CO., LTD. (F/K/A JIANGSU ZHONGJI LAMINATION MATERIALS STOCK CO., LTD.), et al.,<br><br>               Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>               Defendant. | Court No. 21-00133 |

### ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Timothy M. Reif.

                                                                  /s/ Mark A. Barnett
                                                                    Mark A. Barnett
                                                                    Chief Judge

DATED:  April 21, 2021