

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
TIMOTHY M. REIF
JUDGE

May 14, 2021

Via CM/ECF

> Re: *Jiangsu Zhongji Lamination Materials Co., Ltd. et al v. United States*, Court No. 21-00133

To All Counsel:

The above captioned matter has been assigned to these Chambers.  Rule 56.2(a) of the U.S. Court of International Trade requires the court to enter a scheduling order promptly after receiving the parties' Joint Status Report and proposed briefing schedule.

Accordingly, all parties shall confer and file, via CM/ECF, no later than June 11, 2021, a Joint Status Report and an agreed upon proposed briefing schedule.  In proposing the briefing schedule, the court encourages all parties to consider carefully their competing commitments and to propose realistic dates that they should be able to meet.  While the court will consider timely extension requests based on a showing of good cause, when proposing the briefing schedule, parties should seek to limit the need for any requests for extensions to short periods to address unexpected conflicts.

Additionally, to the extent that there are intervening parties, the proposed briefing schedule shall include staggered deadlines for the intervening parties to avoid the repetition of arguments made in the earlier-filed briefs and appropriately reduced word limits.  If the intervening parties do not intend to file substantive briefs, please so indicate.

In the event that the parties are unable to agree, each party shall file a status report and a proposed briefing schedule no later than June 11, 2021.  Counsel are then requested to call the Case Manager, Cynthia Love, at 212-264-2923 by June 14, 2021, to schedule a conference call with Chambers to resolve the matters in dispute.

Court No. 21-00133                                                              Page 2
Counsel
May 14, 2021

      Sample forms, as well as information regarding standard Chambers Procedures, are available on the court's website at

              https://www.cit.uscourts.gov//Rules/Index_Rules_Forms.html

The court draws the parties' attention to the amendments to the standard Chambers Procedures that became effective on January 28, 2015, and to the further amendments that became effective on October 3, 2016.  All such amendments, including the requirement to prepare a single joint appendix, shall apply in this case.

      Please be advised that the court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

                            Sincerely,

                            /s/    Timothy M. Reif
                            Timothy M. Reif, Judge