

CHAMBERS OF
TIMOTHY M. REIF
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

March 21, 2023

**VIA CM/ECF**

Re:   *Jiangsu Zhongji Lamination Materials Co., Ltd. et al. v. United States*
      Court No. 21-00133

Dear Counsel:

    It is the court's intention to issue the opinion in the above-captioned case as a public document.  The court does not believe that the opinion contains confidential information.  However, out of an abundance of caution, the court asks the parties to review the opinion and inform the court in writing by 17:00 ET on Tuesday, March 28, 2023, whether any information in the opinion is confidential and should be redacted in the public version.  If the parties believe that any information should be redacted in the public version, please identify the information or statement and explain the basis for the proposed redaction.

    If meeting this deadline will impose an unreasonable hardship, please inform the court immediately.  Please feel free to contact my case manager, Mr. Lewis Hugh, at Lewis_Hugh@cit.uscourts.gov with any questions.  Thank you for your assistance and cooperation.

Sincerely,

/s/ Timothy M. Reif
_____
Timothy M. Reif, Judge